UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60404 – CIV-MARRA

BRETT BOLTON, M.D., an individual,

      Plaintiff,

vs.

EMPIRE MEDICAL TRAINING, INC.,

      Defendant.

_____/

**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, BRETT BOLTON, M.D., by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above action against Defendant EMPIRE MEDICAL TRAINING, INC. without prejudice.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

[*Rest of Page Intentionally Left Blank*]

Respectfully submitted,


By: __s/ Michael B. Walker_____
Michael Bradford Walker, Esq. (Florida Bar No. 98823)
Attorney E-mail address:  michael@walkermcgrath.com
WALKER McGRATH PLLC
101 NE Third Avenue, Suite 1514
Fort Lauderdale, FL 33301
Telephone: (305) 790.1314
Facsimile: (305) 675.6459

*Counsel for the Plaintiff*



**SERVICE LIST**

Empire Medical Training, Inc.
*Registered Agent*:  Stephen Cosentino
2720 East Oakland Park Blvd.
Suite  #102
Fort Lauderdale, FL 33306